# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL PINSKY, ) | |
| ) | |
| Plaintiff, ) | Case # 8:10-cv-00279 |
| ) | |
| v. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| NATIONAL RECOVERY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOW COMES Plaintiff, DANIEL PINSKY ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  September 27, 2010    **KROHN & MOSS, LTD.**

By: ___/s/ Michael S. Agruss_____
Michael S. Agruss
Attorneys for Plaintiff
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-944-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com

1

NOTICE OF SETTLEMENT