# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL PINSKY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | 8:10-cv-00279-LSC-FG3 |
| ) | |
| **NATIONAL RECOVERY,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| ) | |

Upon notice of settlement filed by the plaintiff (Doc. 5),

**IT IS ORDERED:**

1. On or before **October 28, 2010**, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit a draft order which will fully dispose of the case to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All pending deadlines and hearings are vacated upon the representation that this case is settled.

**DATED September 27, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**